# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

February 2, 2012

**Before**

WILLIAM J. BAUER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

JANE E. MAGNUS-STINSON, *District Judge*[*]

No. 10-3262

| | |
|---|---|
| TERENCE TRIBBLE, | Appeal from the United States |
| *Plaintiff-Appellant,* | District Court for the |
| | Northern District of Illinois, Eastern |
| *v.* | Division. |
| | |
| NICHOLAS J. EVANGELIDES and ROGER L. FIESER, | No. 08 C 2533 |
| *Defendants-Appellees.* | **William J. Hibbler**, |
| | *Judge*. |

**O R D E R**

On motion of the defendants-appellees to correct the opinion in this case issued on January 26, 2012, it is amended as follows:

The sentence at slip opinion, page 2, lines 23-27, that originally read "The defense, in response, rather than objecting to the relevance of or prejudice from such evidence, wanted to explain why that conclusion didn't mean that the officers didn't actually find drugs on Tribble." is changed to "After losing a motion in limine to prevent admission of the state judge's ruling, the defense wanted to explain why that conclusion didn't mean that the officers didn't actually find drugs on Tribble."

The motion to correct is otherwise denied.

---

[*]The Honorable Jane E. Magnus-Stinson, District Judge of the United States District Court for the Southern District of Indiana, sitting by designation.